# KARPINSKI, COLARESI & KARP, P.A.
**ATTORNEYS AT LAW**
**120 East Baltimore Street, Suite 1850**
**Baltimore, Maryland 21202-1617**

DANIEL KARP *
KEVIN KARPINSKI *
E.I. CORNBROOKS, IV
MICHAEL B. RYND

SANDRA D. LEE **
J. MICHAEL COLLITON*
MATTHEW T. HEALY

---------------
**410-727-5000**
**Facsimile 410-727-0861**
**Email: bkcklaw@aol.com**
**website: www.kcklegal.com**

RICHARD T. COLARESI
RETIRED
-------

\*  Admitted in MD and DC
\*\* Admitted in MD, NY and DC

January 28, 2020

Via electronic filing
The Honorable J. Mark Coulson
United States Magistrate Judge
101 West Lombard Street
Chambers 8D
Baltimore, Maryland 21201

      RE:    339-203
                  1:19-cv-03368-JMC
                  *Shelly Stevens, et al. v. Allegany County, Maryland, et al.*

Dear Judge Coulson:

      This acknowledges receipt of Your Honor's January 24, 2020 letter with a proposed Scheduling Order for the above-referenced matter. I represent Defendants Board of County Commissioners of Allegany County, Maryland, Sheriff Craig Robertson and R. Lee Cutter.

      On January 22, 2020, I filed a Motion to Dismiss on behalf of my clients as to all claims. It has been my experience that the Court does not issue a Scheduling Order until it has ruled on preliminary Motions. I therefore respectfully submit that the issuance of a Scheduling Order is premature until the Court has ruled on the Motion to Dismiss.

      Thank you for Your Honor's time and consideration.

                              Sincerely yours,

                              KARPINSKI, COLARESI & KARP, P.A.

                              /s/

                            By:    Kevin Karpinski

KK:bjap

cc:    Charles N. Curlett, Jr., Esquire
        Lauren McLarney, Esquire
        Kelly Marie Goebel, Esquire
        Gorman E. Getty, III, Esquire